UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MG DEARBORN, LLC, and
MG FARMINGTON HILLS, LLC,

        Plaintiffs,

                                                              Case No: 14-13112

v.                                                           Hon. Victoria A. Roberts

WEST BEND MUTUAL INSURANCE,

        Defendant.
_____/

## ORDER SATISFYING SHOW CAUSE

On August 26, 2014, the Court ordered Defendant to show cause as to why complete diversity exists under 28 U.S.C. § 1332. (Doc. # 4). Specifically, the Court ordered Defendant to correctly allege the citizenship of each Plaintiff. In its response to the show cause order, Defendant said Allie T. Mallad is the sole member of each Plaintiff and is a "resident of Dearborn, Michigan." (Doc. # 5).

On September 3, 2014, the Court entered a second show cause order; it explained that for diversity jurisdiction purposes, an allegation that an individual is a "resident" of a state is not the same as an assertion that he is a "citizen" of that state. (Doc. # 6).

On September 4, 2014, Defendant submitted a satisfactory response to the Court's second show cause order. (Doc. # 7). For diversity jurisdiction purposes, each Plaintiff is a citizen of Michigan, and Defendant is a citizen of Wisconsin; complete diversity exists.

Accordingly, **IT IS ORDERED** that Defendant has shown that complete diversity exists under § 1332.


Dated: September 8, 2014                    S/Victoria A. Roberts
                                            United States District Judge